**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, ANNUITY
FUND AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
ET AL.,

                       Petitioners,                       19 **CIVIL** 4800 (VSB)

       -against-                                 **JUDGMENT**

CORNERSTONE CARPENTRY LIMITED,
                       Respondent.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 22, 2020, Petitioners' motion is granted in part and denied in part; the Award is confirmed less the amount already paid towards the award by Respondent; judgment is entered in favor of Petitioners and against Respondent in the amount of 6,641.08, plus interest from the date of the Award November 15, 2018, through the date of judgment at a rate of 7% in the amount of $900.46; Petitioners are further awarded attorneys' fees in the amount of $1317.50, costs in the amount of $128.22, and post-judgment interest in accordance with 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:**  New York, New York
           October 22, 2020

                                            **RUBY J. KRAJICK**
                                            _____
                                              **Clerk of Court**
                             **BY:** _____
                                              **Deputy Clerk**